**IT IS ORDERED as set forth below:**



Date:  January 10, 2014

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In RE: KENNETH L. GREEN and CYNTHIA R. GREEN | : : : : : : : | Chapter 11 |
| Debtors | | Case 12-11393 |
| _____ | | |

### ORDER GRANTING DEBTOR'S MOTION TO
### ADMINISTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE

Upon the Motion of the Debtor-in-Possession herein, and it appearing that no notice of a hearing on the Debtor's Motion to Administratively Close Individual Chapter 11 Case (Doc. No. 98) ("Motion") should be given, the Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.  The Court finds that the Debtor's Plan of Reorganization (Doc. No. 60) has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments, it is herewith

      ORDERED and ADJUDGED that the Motion is GRANTED and that this Individual Chapter 11 case is hereby ADMINISTRATIVELY CLOSED.

      This Order is entered subject to any objection of the U.S. Trustee, which objection must be entered within twenty (20) days of entry hereof.

END OF DOCUMENT

Prepared and Presented by:

SMITH CONERLY LLP

By: /s/ J. Nevin Smith
    J. Nevin Smith
    Georgia Bar No. 661110

402 Newnan Street
Carrollton, Georgia 30117
770-834-1160

DISTRIBUTION LIST

J. Nevin Smith
Smith Conerly, LLP
402 Newnan Street
Carrollton, Georgia 30117

R. Jeneane Treace
Office of The United States Bankruptcy Trustee
Richard B. Russell Building, Room 362
75 Spring Street, S.W.
Atlanta, GA 30303