**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In Re:<br><br>**KENNETH L. GREEN and<br>CYNTHIA R. GREEN,**<br><br>Debtors. | Case 12-11393-WHD<br><br>Ch. 11 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** Creditor SummitBridge National Investments V, LLC ("SummitBridge") filed its *Motion for Derivative Standing to Bring Avoidance Action* [Doc. 128] (the "Motion").

A copy of the Motion is on file with the Office of the Bankruptcy Clerk, Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia 30263 (the "Clerk's Office") and can be reviewed during normal business hours, or copies may be requested from the Clerk or reviewed online at http://ecf.gamb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion on **December 18, 2019, at 2:00 p.m. at the Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia 30263, 2nd Floor Courtroom.**

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought or if you want the Court to consider your views on the Motion, then you and/or your attorney must attend the hearing

7794454.2

scheduled above.  You may also file a written response with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, it must be received by the court not later than December 4, 2019 and you must attach a certificate stating when, how, and on whom you served the response.  The address of the Clerk's office is: Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia 30263.

      Respectfully submitted this 7th day of November, 2019.

      /s/ Michael R. Wing
      Michael R. Wing
      Georgia Bar Number 770463
      Austin B. Alexander
      Georgia Bar Number 926059

**BALCH & BINGHAM, LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
mwing@balch.com
aalexander@balch.com

7794454.2

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, a true and correct copy of SummitBridge National Investment V, LLC's *Notice of Hearing* was filed with the Court using the CM/ECF system and served upon the following via First Class United States Mail:

Freeport Title & Guaranty, Inc. as Trustee for the Troup County Three Trust
c/o Mike Florence, its Registered Agent
5775 Glenridge Drive, Building B Suite 550,
Atlanta, GA, 30328, USA

Kenneth L. Green
415 Ashford Circle
Lagrange, GA 30240

Cynthia R. Green
415 Ashford Circle
Lagrange, GA 30240

/s/ Austin B. Alexander
Austin B. Alexander
Georgia Bar Number 926059

7794454.2